UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marvin Rhodes, Jr.,

    Plaintiff,

v.                                                  Case No. 22-10894
                                                  Honorable Victoria A. Roberts

RealTeam LLC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 17].

This matter is dismissed.

**ORDERED.**

                                                      s/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United State District Judge

Dated: 10/14/2022